UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 98-2004

_____

PEGGY M. PLEDGER,

Plaintiff - Appellant,

versus

NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES,
DOROTHEA DIX HOSPITAL,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-97-773-BR-I-5)

_____

Submitted: January 21, 1999        Decided: February 3, 1999

_____

Before LUTTIG, MOTZ, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Peggy M. Pledger, Appellant Pro Se. Victoria Lewis Voight, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Peggy Pledger appeals the district court's order denying relief on her employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Pledger v. North Carolina Dep't of Human Resources, No. CA-97-773-BR-I-5 (E.D.N.C. June 8, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2